IN THE SUPREME COURT OF NORTH CAROLINA

No. 44A14

FILED 10 April 2015

STATE OF NORTH CAROLINA

v.

ADRIAN TAREL EPPS


Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 752 S.E.2d 733 (2014), finding no error after appeal of a judgment entered on 25 September 2012 by Judge Hugh B. Lewis in Superior Court, Gaston County.  Heard in the Supreme Court on 18 November 2014.

*Roy Cooper, Attorney General, by Amar Majmundar, Special Deputy Attorney General, for the State.*

*Michael E. Casterline for defendant-appellant.*


PER CURIAM.

AFFIRMED.

Justice ERVIN did not participate in the consideration or decision of this case.